IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES LEE GREENFIELD, | ) |
| Plaintiff, | ) |
| v. | ) No. CIV-21-839-R |
| COLLEN GALAVIZ, et al., | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, entered on January 12, 2022 (Doc. No. 12), recommending that Plaintiff's action be dismissed without prejudice. The record reflects that no objection to the Report and Recommendation has been filed within the time limit prescribed, nor has an extension of time in which to object been sought. Therefore, the Report and Recommendation of Judge Mitchell is ADOPTED in its entirety and the Court DISMISSES Plaintiff's 42 U.S.C. § 1983 complaint without prejudice.

IT IS SO ORDERED this 15th day of February 2022.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE